CASTLETON LAW GROUP
MAY LIOU, ESQ., SBN 125917
J. BRANDON LEUTZ, ESQ. SBN 253229
17800 CASTLETON STREET, SUITE 630
CITY OF INDUSTRY, CA 91748
(626) 810-9300

*Attorneys for Defendant* LAWTON MANAGEMENT CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,, ) | Case No.: 8:17-cv-02155-DOC-DFM |
| ) | |
| Plaintiff, ) | **STIPULATION TO EXTEND** |
| ) | **TIME TO RESPOND TO INITIAL** |
| vs. ) | **COMPLAINT BY NOT MORE** |
| ) | **THAN 30 DAYS (L.R. 8-3)** |
| ) | |
| HOLLY BEAUTY SALON, a business ) | Complaint Served on LAWTON: |
| form unknown; LAWTON ) | December 20, 2017 |
| MANAGEMENT CORPORATION, a ) | |
| California Corporation; and Does 1-10, ) | LAWTON Current Response Date: |
| ) | January 10, 2018 |
| Defendants. ) | |
| ) | LAWTON New Response Date: |
| ) | February 9, 2018 |
| ) | |
| ) | Complaint Served on HOLLY: |
| ) | December 28, 2017 |
| ) | |
| ) | HOLLY Current Response Date: |
| ) | January 18, 2018 |
| ) | |
| ) | Holly New Response Date: |
| ) | February 19, 2018 |

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## STIPULATION

WHEREAS, CARMEN JOHN PERRI, ("PERRI") filed Case No. 8:17-cv-02155-DOC-DFM against LAWTON MANAGEMENT CORPORATION ("LAWTON") and HOLLY BEAUTY SALON ("HOLLY") on December 11, 2017;

WHEREAS, PERRI served its summons and complaint on LAWTON on December 20, 2017;

WHEREAS, PERRI served its summons and complaint on HOLLY on December 28, 2017;

WHEREAS, LAWTON was required to have served its answer and/or respond to PERRI's complaint by January 10, 2018, twenty-one days after service of the summons and complaint;

WHEREAS, HOLLY was required to have served its answer and/or respond to PERRI's complaint by January 18, 2018, twenty-one days after service of the summons and complaint;

WHEREAS, LAWTON and HOLLY have requested and PERRI has agreed to a thirty-day extension to each LAWTON and HOLLY in light of the number and importance of the issues to be raised and in light of LAWTON's and HOLLY'S very recent retention of counsel;

WHEREAS, this is LAWTON's and HOLLY's first request to extend time to respond to the initial complaint;

WHEREAS, Local Rule 8-3 states that "[i]f the stipulation ... does not extend the time [to respond to the initial complaint] for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge," but the parties nevertheless wished to bring this stipulation to the Court's attention;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, that LAWTON's answer and/or response to PERRI's complaint in Case No. 8:17-cv-02155-DOC-DFM shall be due on February 9, 2018, and that HOLLY's answer and/or response to PERRI's complaint in Case No. 8:17-cv-02155-DOC-DFM shall be due on February 19, 2018[1].

IT IS SO STIPULATED.

Dated: January 29, 2018        CASTLETON LAW GROUP

                               By:   /s/ J. Brandon Leutz
                                     J. BRANDON LEUTZ, ESQ.
                                     *Attorneys for Defendant* LAWTON
                                     MANAGEMENT CORPORATION

Dated: January 29, 2018        MANNING LAW, APC

                               By:   /s/ Craig G. Cote
                                     CRAIG G. COTE', ESQ.
                                     *Attorneys for Plaintiff* CARMEN JOHN
                                     PERRI

Dated: January 29, 2018        DUNCAN & ASSOCIATES

                               By:   /s/ Julie A. Duncan
                                     JULIE A DUNCAN, ESQ.
                                     *Attorneys for Defendant* HOLLY
                                     BEAUTY SALON

---

[1] HOLLY's thirty-day extension falls on a Saturday, February 17, 2018. Under F.R.C.P. § 6(a)(1)(c), the date extends to the following Monday, February 19, 2018.

# PROOF OF SERVICE
## (C.C.P. 1013A, 2015.5)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 17800 Castleton Street, Suite 600, City of Industry, California 91748. All of the facts stated below are based upon my own personal knowledge

On **January 29, 2018**, I served on the interested parties to this action the foregoing document described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

[ X ]   **BY ELECTRONIC ECF SYSTEM.** I hereby certify that I electronically filed the foregoing document with the United States District Court by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

> **Joseph R. Manning, Jr., Esq.**
> **Michael J. Manning, Esq.**
> **Craig G. Côté, Esq.**
> **MANNING LAW, APC**
> **4667 MacArthur Blvd., Suite 150**
> **Newport Beach, CA 92660**
>
> **JULIE A. DUNCAN**
> **DUNCAN & ASSOCIATES**
> **245 Fischer Ave.**
> **Costa Mesa, CA 92626**

[ X ]     (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 29, 2018**, at City of Industry, California.      /s/ Karen Lu

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT